

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00247-CV

**IN RE** Jerry Alex **CORONA** and Sonia Luna Corona

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

In reviewing the petition for writ of mandamus and response filed by the real party in interest, the court has concluded that a complete record of the underlying proceedings is necessary to the determination of the requested relief. Accordingly, relator is requested to provide, as a supplement to the mandamus record, the complete transcript and record of the trial in the underlying cause as soon as practicable, but in no event later than thirty days from the date of this Order.

It is so **ORDERED** on July 3rd, 2014.        PER CURIAM

ATTESTED TO: _____
                   Keith E. Hottle
                   Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-08286, styled *Alice Heugel v. Jerry Alex Corona and Sonia Luna Corona*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.